# MINUTES

| | |
|---|---|
| CASE NUMBER: | MJ 20-00034WRP |
| CASE NAME: | UNITED STATES OF AMERICA v. ANTHONY SALERNO |
| ATTY FOR PLA: | Sean Marek Van Demark, AUSA (participated telephonically) |
| ATTY FOR DEFT: | Maximilian J. Mizono, AFPD (participated telephonically) |
| U.S. PRETRIAL SERVICES OFFICER: | Carol Miyashiro (participated telephonically) |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | FTR – C7 |
| DATE: | 3/25/2020 | TIME: | 1:54 p.m. – 2:02 p.m. |

COURT ACTION:   EP          INITIAL APPEARANCE

Defendant is present, in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted.  Maximilian J. Mizono, AFPD and the Office of the Federal Public Defender are appointed as counsel for defendant.

Discussion held.

Defendant waives Identity Hearing.

Court adopts the recommendation of Pretrial Services.

The Court took judicial notice of the information, documents on file, the U.S. Pretrial Services' report and the comments of counsel, finds that there are no conditions, or combination of conditions, that can address the risks of non appearance and/or danger to the community.

UNITED STATES OF AMERICA'S MOTION TO DETAIN DEFENDANT WITHOUT BAIL (Doc. 3) is GRANTED.  Government to prepare order.

Defendant is remanded to the custody of the United States Marshals Service.

Submitted by: Mary Feria, Courtroom Manager